IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | Criminal No. 3:15-CR-496-L |
| | § | |
| **CYRIL WILLSON (08)** | § | |

### DEFENDANT'S NOTICE FOR CREDIT FOR TIME SERVED

COMES NOW counsel of record for Cyril Willson, Robert L. Webster, and respectfully files this notice for the Court to credit his time in custody against any sentence imposed.

The defendant was arrested and in the custody of Omaha, Nebraska authorities on November 17 and 18, 2015, as a result of the arrest warrant issued by this Court attendant to the indictment in this case. Mr. Willson requests two days credit for his time in custody should the Court impose a custody sentence.

Respectfully submitted,

 /s/ Robert L. Webster
Robert L. Webster
Texas Bar No. 21053375
7557 Rambler Road, Suite 525
Dallas, Texas  75231
Telephone: 469.758.4150
Facsimile: 469.758.4160
robert.webster@bobwebsterlaw.com

## **CERTIFICATE OF SERVICE**

I, Robert L. Webster, Counsel for Defendant, certify that on October 19, 2020, this document was filed using the electronic case filing system for the Northern District of Texas, which provides for service to the counsel for the United States and the United States Probation Office.

/s/ Robert L. Webster
Robert L. Webster
